UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, *et al.,* | ) ) ) | Case No. 14 CV 10422 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Judge Der-Yeghiayan |
| EMCO INTERIORS, INC., an Illinois corporation, | ) ) ) | Magistrate Judge Schenkier |
| Defendant. | ) ) | |

## PLAINTIFFS' PETITION TO PROVE UP
## DAMAGES AND FOR ENTRY OF FINAL JUDGMENT

Plaintiffs the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND,

*ET AL.* (collectively "Trust Funds"), by their attorney Kevin P. McJessy, hereby move this Court

pursuant to Federal Rules of Civil Procedure 54, 55 and 58 to enter a final judgment against

Defendant EMCO INTERIORS, INC., an Illinois corporation ("Defendant"). In support of their

motion, Trust Funds state as follows:

### Complaint

1.      The Trust Funds filed a complaint against Defendant under ERISA to collect

unpaid fringe benefit contributions owed according to an audit of Defendant's books and records

by Legacy Professionals, LLP, a certified public accounting firm. The complaint was filed on

December 29, 2014 and served on Defendant on February 6, 2015. *See* Complaint, Docket

Report No. 1; Affidavit of Service, Docket Report No. 6. Defendant has failed to appear in this

case and failed to answer the Complaint.

### Default Order

2.      On April 14, 2015, this Court entered an order of default against Defendant for

failing to appear and failing to answer the complaint in this lawsuit. *See* Order, Apr. 14, 2015, Docket Report No. 13.

## Damages

3.    Based on the records produced by Defendant and the Audit Report prepared by Legacy Professionals, LLP, the Trust Funds now move this Court to enter a final judgment.

4.    The amount owed by Defendant is $59,849.36, which is comprised of the following.

5.    **Unpaid Contributions.** The Trust Funds are owed $52,690.56 in unpaid contributions. The Audit Reports revealed unpaid contributions of $52,690.56. *See* Decl. of J. Libby, ¶7, Exh. A.

6.    **Auditor's Fees.** The Trust Funds are owed $2,426.40 for auditor's fees incurred by the Trust Funds to complete the audit of Defendant's books and records. *See* Decl. of J. Libby, ¶11, Exh. A. *See also Trustees of the Chicago Plastering Institute Pension Trust v. Cork Plastering Co.*, 570 F.3d 890, 902 (7th Cir. Ill. 2009) ("ERISA itself grants the district court authority to award the plaintiffs their reasonable attorney's fees and costs . . . This court, among others, has construed the latter provision to include an award of audit costs."); *Moriarty ex rel. Local Union No. 727, I.B.T. Pension Trust v. Svec*, 429 F.3d 710, 721 (7th Cir. 2005).

7.    **Interest.** The Trust Funds are owed $2,397.09 in interest under ERISA on the amount that is due. *See* 29 U.S.C. § 1132(g)(2)(B); 29 U.S.C. § 1132(g)(2)(C); Decl. of J. Libby, ¶10, Exh. A.

8.    **Liquidated Damages.** The Trust Funds are owed $10,532.43 in liquidated damages on the amount that is due. *See* Decl. of J. Libby, ¶10, Exh. A; 29 U.S.C. § 1132(g)(2)(B).

9. **Attorneys' Fees.** The Trust Funds are owed $3,356.70 in reasonable attorneys' fees and costs the Trust Funds incurred in this action. *See* Decl. of J. Libby, ¶9, Exh. A; Decl. of McJessy, ¶4, Exh. B; 29 U.S.C. § 1132(g)(1) and (g)(2)(D). *See also Trustees of the Chicago Plastering Institute Pension Trust v. Cork Plastering Co.*, 570 F.3d 890, 902, 903 (7th Cir. Ill. 2009); *Chicago Regional Council of Carpenters Pension Fund v. RCI Enterprises, Inc.*, 2011 U.S. Dist LEXIS *6-7 (N.D. Ill., July 20, 2011) (Feinerman, J.); *Board of Trustees of the Rockford Pipe Trades Indus. Pension Fund v. Fiorenza Enters.*, 2011 U.S. Dist. LEXIS 28209, 21-22 (N.D. Ill. Mar. 18, 2011.

10. **Credit.** Defendant is entitled to a credit of $11,553.82 paid toward the amount due. *See* Decl. of J. Libby, ¶12, Exh. A.

11. **Post Judgment Attorneys' Fees.** The Trust Funds are also entitled to recover attorneys' fees incurred to enforce or collect the amounts due. *See Free v. Briody,* 793 F.2d 807, 808-09 (7th Cir. 1986) (holding that union-affiliated fringe benefit funds are entitled to collect attorneys' fees for work incurred to collect on a judgment rendered under ERISA).

12. A proposed draft order is attached as Exhibit C.

WHEREFORE, Plaintiffs the Chicago Regional Council of Carpenters Pension Fund *et al.* hereby move this Court to enter final judgment in their favor and against Defendant in the amount of $59,849.36 as follows:

A. $52,690.56 in unpaid contributions pursuant to the audit;

B. $2,426.40 for auditor's fees incurred by the Trust Funds to complete the audit of Defendant's books and records;

C. $2,397.09 in interest under ERISA on the amount that is due;

D. $10,532.43 in liquidated damages;

E. $3,356.70 in reasonable attorneys' fees and costs the Trust Funds incurred in this action;

F.    reasonable attorney' fees and costs incurred by the Trust Funds in enforcing this order;

G.    less a credit of $11,553.82 for amounts paid by Defendant; and

H.    such other relief as this Court deems appropriate.

CHICAGO REGIONAL COUNCIL OF
CARPENTERS PENSION FUND *et al.*


By:  s/ Kevin P. McJessy
          One of their attorneys

Kevin P. McJessy
MCJESSY, CHING & THOMPSON, LLC
3759 North Ravenswood, Suite 231
Chicago, Illinois 60613
(773) 880-1260
(773) 880-1265 (facsimile)
mcjessy@MCandT.com

## CERTIFICATE OF SERVICE

I, Kevin P. McJessy, an attorney, certify that I caused the foregoing **Plaintiffs' Petition To Prove Up Damages And For Entry Of Final Judgment** to be served upon

Emco Interiors, Inc.
c/o Michael Goelz, Registered Agent
880 N. Addison Ave., Suite 1-N
Elmhurst, IL 60126

by U.S. First Class Mail, postage prepaid, deposited in the United States Mail Depository located at 3759 N. Ravenswood, Chicago, Illinois on this 15th day of April 2015.

　s/ Kevin P. McJessy
Kevin P. McJessy

# 14 CV 10422

# Exhibit  A

CHICAGO REGIONAL COUNCIL OF )
CARPENTERS PENSION FUND, *et al.*, )
                              )   14-cv-10422
               Plaintiffs, )
       v.                      )   Judge Der-Yeghiayan
                              )
EMCO INTERIORORS, INC., an Illinois )  Magistrate Judge Schenkier
corporation, )
                              )
              Defendant. )

## **DECLARATION OF JOHN LIBBY**

       I, John Libby, hereby declare, under penalty of perjury pursuant to the laws of the United

States, that the following statements are true to the best of my knowledge information and belief:

       1.      I am the Manager, Audits & Collections for the Chicago Regional Council of

Carpenters Pension Fund, the Chicago Regional Council of Carpenters Welfare Fund, the

Chicago and Northeast Illinois Regional Council of Carpenter Apprentice and Trainee Program

and the Labor/Management Union Carpentry Cooperation Promotion Fund (collectively "the

Trust Funds").

       2.      As part of my duties, I am responsible for managing the collection of

contributions for medical, pension and other benefits due from numerous employers pursuant to

collective bargaining agreements between the employers and the Chicago and Northeast Illinois

Regional Council of Carpenters ("Union") and between employers and the United Brotherhood

of Carpenters and Joiners of America.

       3.      EMCO INTERIORS, INC. ("Defendant") is an employer bound by a collective

bargaining agreement with the Union ("Area Agreement"). A copy of the Agreement dated

May 10, 2006 between Defendant and the Union by which Defendant agreed to be bound by the

Area Agreement is attached as Exhibit A-1. The Agreement binds Defendant to the Area Agreement with the Union and the trust agreements establishing the Trust Funds. The Agreement, the Area Agreement and the trust agreements are collectively referred to herein as "Agreements."

4.      Pursuant to the Agreements, Defendant is required to pay fringe benefit contributions to the Trust Funds for work performed by Defendant's employees and non-union subcontractors performing work falling within the jurisdiction of the Union.

5.      Pursuant to the Agreements, Defendant also agreed to submit to a periodic audit of its books and records in order to verify the accuracy of the contributions reported and paid to the Trust Funds.

6.      The Trust Funds engaged Legacy Professionals, LLC ("Legacy") to conduct an audit of Defendant's fringe benefit contributions to the Trust Funds for the period January 1, 2012 through March 1, 2014.

7.      Defendant produced records to Legacy. Legacy prepared reports of Defendant's fringe benefit contributions to the Trust Funds based on Legacy's review of the records produced by Defendant. Legacy delivered copies of its reports to the Trust Funds for each of Defendant's accounts ("Audit Reports"). The Trust Funds maintain a copy of Legacy's Audit Reports in their files as part of their ordinary course of business. Copies of the Audit Reports prepared by Legacy after its review of records produced by Defendant are attached as Exhibit A-2 and A-3. According to the Audit Reports and based on the records produced by Defendant to Legacy, Defendant owes $52,690.56 in unpaid fringe benefit contributions to the Trust Funds.

8.      The Agreements provide that the Trust Funds collect liquidated damages on unpaid fringe benefit contributions at a rate of 1½ percent compounded monthly and capped at

20 percent. The Agreements also provide that the Trust Funds collect interest on unpaid fringe benefit contributions as allowed by law.

9.    The Trust Funds made demands on Defendant to pay the amount due but Defendant failed and/or refused to pay the amount owed to the Trust Funds. Because Defendant failed to comply with the terms of the Agreements, the Trust Funds have had to employ the services of attorney McJessy Ching & Thompson, LLC. As a result, the Trust Funds incurred attorneys' fees and costs.

10.    A summary of the updated calculations of accrued interest and liquidated damages as of April 14, 2015 is attached hereto as Exhibit A-4. Defendant owes $2,397.09 in unpaid interest calculated pursuant to 26 U.S.C. §6621 and $10,532.43 in unpaid liquidated damages calculated in accordance with the Agreements.

11.    The Trust Funds paid Legacy $2,426.40 as auditors' fees for Legacy to conduct its review of Defendant's books and records and to prepare the Audit Reports.

12.    Defendant has paid the Trust Funds $11,553.82 toward the amount due.

13.    I have personal knowledge of the matters stated in this affidavit and could testify competently to them.

_____
John Libby

_____4/15/15_____
Date

14 CV 10422

# Exhibit A-1

# *Memorandum of Agreement*

**Employer** Emco Interiors, Inc.          **Address** 1410 Jeffery Drive

**City** Addison          **State** IL     **Zip** 60101     **Phone** 630-424-0306

THIS AGREEMENT is entered into between the Chicago Regional Council of Carpenters ("Union") and the Employer, including its successors and assigns covering the geographic jurisdiction of the Union including the following counties in Illinois: Boone, Bureau, Carroll, Cook, De Kalb, DuPage, Grundy, Henderson, Henry, Iroquois, Jo Daviess, Kane, Kankakee, Kendall, Lake, La Salle, Lee, Marshall, McHenry, Mercer, Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside, Will, Winnebago. The following counties in Iowa: Allamakee, Appanoose, Benton, Black Hawk, Bremer, Buchanan, Butler, Cedar, Cerro Gordo, Chickasaw, Clayton, Clinton, Davis, Delaware, Des Moines, Dubuque, Fayette, Floyd, Franklin, Grundy, Hancock, Henry, Howard, Iowa, Jackson, Jefferson, Johnson, Jones, Keokuk, Kossuth, Lee, Linn, Louisa, Mahaska, Mitchell, Monroe, Muscatine, Scott, Tama, Van Buren, Wapello, Washington, Wayne, Winnebago, Winneshiek, Worth, Wright. The following counties in Wisconsin: Kenosha, Milwaukee, Ozaukee, Racine, Washington and Waukesha. The Union and the Employer do hereby agree to the following:

1. The Employer recognizes the Union as the sole and exclusive bargaining representative on behalf of its employees who are working within the territorial and occupational jurisdiction of the Union.

2. The Employer has reviewed sufficient evidence and is satisfied that the Union is the exclusive bargaining representative of a majority of its employees presently working within the territorial and occupational jurisdiction of the Union.

3. The Employer and the Union agree to incorporate into this Memorandum Agreement and to be bound by the Agreements negotiated between the Chicago Regional Council of Carpenters and various employers and employer associations, including all Area Agreements for the period beginning with the execution of this Memorandum Agreement and ending on the expiration dates of any existing and successor Agreements which are incorporated herein (see attached list). Unless the Employer provides written notice by certified mail to the Chicago Regional Council of its desire to terminate or modify the Agreement at least three (3) calendar months prior to the expiration of such Agreements, the Agreement shall continue in full force and effect through the full term and duration of all subsequent Agreements which are incorporated by reference.

4. The Employer agrees to be bound to the terms of the various Trust Agreements to which contributions are required to be made under the Agreements incorporated in Paragraph 3, including all rules and regulations adopted by the Trustees of each Fund.

In Witness Whereof the parties have executed this Memorandum of Agreement on this **10th** day of **May, 2006.**

| EMPLOYER | CHICAGO REGIONAL COUNCIL OF CARPENTERS |
|---|---|
| _____ V.P. | _____ |
| Michael Goelz  V. ce Pres dnt | Authorized Regional Council Representative |
| Print Name and Title | |

Agreements

( Central Region)

Mid American Regional Bargaining Association, Cook, Lake and DuPage
Mid American Regional Bargaining Association, Kane, Kendall and McHenry
Mid American Regional Bargaining Association, Will
Kankakee Contractors Association
Residential Construction Employers Council, Cook, Lake and DuPage
Residential Construction Employers Council, Will
Residential Construction Employers Council, Grundy
Woodworkers Association of Chicago (Mill-Cabinet)

(Western Region)

Illinois

Quad City Builders Association, Commercial, Rock Island Mercer, Henry and Henderson
Floor Covering, Rock Island, Mercer, Henry and Henderson
Residential, Henry, Mercer and Henderson
Illinois Valley Contractors' Association, Bureau, LaSalle, Marshall, Putnam and Stark
Window and Door, Boone, Bureau, Carroll, DeKalb, Henderson, Henry, Jo Daviess, LaSalle, Marshall, Mercer, Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside and Winnebago
Commercial/Residential, DeKalb, Eastern Ogle and cities in Sandwhich and Somonauk
Residential Construction Employers' Council, DeKalb, Eastern Ogle and cities in Sandwhich and Somonauk
Residential Construction Employers' Council, Boone, Carroll, Jo Daviess, Lee, Ogle, Stephenson, Whiteside and Winnebago
Northern Illinois Building Contractors Association Inc., Boone, Carroll, Jo Davies, Lee, Ogle, Stephenson, Whiteside and Winnebago
Floor Covering, Boone, Carroll, DeKalb, Jo Daviess, Lee, Lee, Ogle, Stephenson, Whiteside and Winnebago
Millwright, Boone, Bureau, Carroll, DeKalb, Henderson, Jo Daviss, LaSalle, Lee, Marshall, Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside, and Winnebago
Associated General Contractors of Illinois (Heavy and Highway) Highway Districts 2, and portions 1 and 8

Iowa

Commercial, Muscatine, Scott, Louisa north of Iowa River
Floorcovering, Lousia north of Iowa River, Muscatine and Scott
Residential, Clinton, Louisa, Muscatine, Scott and Seven southern most townships of Jackson County including Monmouth, South Fork, Maquoketa, Fairfield, Van Buren, Iowa and Union
Heavy and Highway Associated Contractors Agreement Scott County
Herberger Construction Heavy and Highway
Heavy and Highway Contractors' Association- entire State except Scott County
Commercial Benton, Jones, Linn and Tama
Residential Benton, Jones, Linn and Tama
Commercial, Des Moines, Henry, Lee and Louisa south of Iowa River
Residential, Des Moines, Henry, Lee and Louisa south of Iowa River

Commercial/Residential Dubuque, Delaware, Clayton, and Six Northern Townships in Jackson
Commercial/Residential, Appanoosa, Davis, Jefferson, Keokuk, Mahaska, Monroe, Van Buren,
Wapello, and Wayne
Commercial, Clinton, Seven Southern most townships of Jackson including Monmouth, South Fork,
Maquoketa, Fairfield, Van Buren, Iowa, and Union
Floor Covering, Dubuque, Deleware, Clayton, and six Northern Townships in Jackson Window and
Door, State
Commercial, Ceder, Iowa, Johnson, Poweshiek and Washington
Commercial Interior Systems, Ceder, Iowa, Johnson, Poweshiek and Washington
Residential, Ceder, Iowa, Johnson, Poweshiek and Washington
Commercial, Cerro Gordo, Franklin, Hancock, Kossuth, Winnebago, Worth and Wright, Buchanan,
Independent Contractors of Waterloo (Commercial) Butler, Chicksaw, Fayette, Floyd, Grundy, Howard,
Mitchell, Winneshiek
Millwright, Adair, Allmakee, Appanoosa, Benton, Black Hawk, Boone, Bremer, Buchanan, Butler,
Cedar, Calhoun, Carroll, Cerro Gordo, Chicksaw, Clayton, Clarke, Clinton, Dallas, Davis, Decatur,
Deleware, Des Moines, Dubuque, Emmet, Fayette, Floyd, Franklin, Greene, Grundy, Guthrie, Hamilton,
Hancock, Hardin, Henry, Howard, Humboldt, Iowa, Jackson, Jasper, Jefferson, Johnson, Jones, Keokuk,
Lee, Linn, Lucas, Louisa, Madison, Mahaska, Marion, Marshall, Mitchell, Monroe, Muscatine, Palo
Alto, Pocahontas, Polk, Poweshiek, Ringhold, Scott, Story, Tama, Union, Van Buren, Warren, Wapello,
Washington, Wayne, Webster, Winnebego, Winneshiek, Worth, Wright


( Northern Region)


Commercial Carpenters and Floor Coverers' Agreement (Wisconsin)
Commercial Capenters Agreement, Kenosha/Racine
Millwright Erectors' Agreement
Pile Drivers' Agreement
Insulators Agreement
Overhead Door Agreement

The Employers Acknowledges receipt of a current copy of each agreement under which the company
will be performing work. Each of the agreements are available upon request

It is also understood and agreed that it is the Employers obligation to make a written request of
additional Collective Bargaining Agreement(s) in the event that the Company performs work in areas for
which it has not already obtained a copy of the applicable Agreement.

_____  V. P.
Employer

_____
5-12-06
Date

14 CV 10422

# Exhibit  A-2

# Discrepancy Summary By Month

| | | | | |
|---|---|---|---|---|
| Account Number: | 50453 | Audit Period: | January 1, 2012 to March 31, 2014 | |
| Employer: | Emco Interiors Inc | Contact: | Mike Goelz | |
| Address: | 880 N Addison | Title: | Owner | |
| | Elmhurst, IL 60126 | | | |
| Phone: | 630-516-1692 | Page: | 1 of 4 | |

| Reporting Period | Discrepancy Total Hours | Discrepancy Benefit Hours | Contribution Rate | Discrepancy Amount |
|---|---|---|---|---|
| August 2013 | | 87.00 | 13.29 | $1,156.23 |

| Total Hours | Benefit Hours | 87.00 | Discrepancy Amount | $1,156.23 |
|---|---|---|---|---|
| | | | Liquidated Damages | $185.57 |
| | | | Total Amount Due | $1,341.80 |

# Discrepancy Summary By Error Type

| Account Number: | 50453 | Audit Period: | January 1, 2012 to March 31, 2014 |
|---|---|---|---|
| Employer: | Emco Interiors Inc | Contact: | Mike Goelz |
| Address: | 880 N Addison | Title: | Owner |
| | Elmhurst, IL 60126 | | |
| Phone: | 630-516-1692 | Page: | 2 of 4 |

| Code | Description | Dollar Amount |
|---|---|---|
| | **SIGNATORY EMPLOYER: PAYROLL** | |
| P1 | Clerical Error | $1,156.23 |

| | |
|---|---|
| Sub-Total Discrepancies From All Listed Codes | $1,156.23 |
| Liquidated Damages | $185.57 |
| Total Amount Due | $1,341.80 |

# Liquidated Damages Schedule

| | | | |
|---|---|---|---|
| Account Number: | 50453 | Audit Period: | January 1, 2012 to March 31, 2014 |
| Employer: | Emco Interiors Inc | Contact: | Mike Goelz |
| Address: | 880 N Addison | Title: | Owner |
| | Elmhurst, IL 60126 | | |
| Phone: | 630-516-1692 | Page: | 3 of 4 |

| Reporting Period | Contributions Due | Compounding Periods | Calculating Percentage | Total Liquidated Damages Owed |
|---|---|---|---|---|
| August 2013 | $1,156.23 | 10.00 | 16.05% | $185.57 |

| | | | |
|---|---|---|---|
| | | Total Damages this Schedule | $185.57 |
| Total Discrepancies | $1,156.23 | 20% of Discrepancies | $231.25 |
| | | Assessed Damages | $185.57 |

# Monthly Detail Report

| | |
|---|---|
| Account Number: | 50453 |
| Employer: | Emco Interiors Inc |
| Address: | 880 N Addison |
| | Elmhurst, IL 60126 |
| Phone: | 630-516-1692 |

| | |
|---|---|
| Audit Period: | January 1, 2012 to March 31, 2014 |
| Month: | August 2013 |
| Page # : | 4 of 4 |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * * Actual Hours Per Week * * * * * * | | | | | Total Hours | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PE Date 2-Aug | PE Date 9-Aug | PE Date 16-Aug | PE Date 23-Aug | PE Date 30-Aug | | |
| | BERG, COREY | P1 | 197.00 | 197.00 | 47.00 | 48.00 | 48.00 | 48.00 | 53.00 | 244.00 | 47.00 |
| | KASTORY, THOMAS | P1 | 183.50 | 183.50 | 40.00 | 48.00 | 40.00 | 47.50 | 48.00 | 223.50 | 40.00 |
| | | | | Total | 87.00 | 96.00 | 88.00 | 95.50 | 101.00 | 467.50 | 87.00 |

Total Items Listed in this Period: 2.00

REDACTED

14 CV 10422

# Exhibit A-3

# Discrepancy Summary By Month

| | | | |
|---|---|---|---|
| Account Number: | 21215 | Audit Period: | January 1, 2012 to March 31, 2014 |
| Employer: | Emco Interiors Inc | Contact: | Mike Goelz |
| Address: | 880 N Addison | Title: | Owner |
| | Elmhurst, IL 60126 | | |
| Phone: | 630-516-1692 | Page: | 1 of 11 |

| Reporting Period | Discrepancy Total Hours | Discrepancy Benefit Hours | Contribution Rate | Discrepancy Amount |
|---|---|---|---|---|
| April 2012 | | | 24.32 | |
| May 2012 | (29.00) | (29.00) | 24.32 | ($705.28) |
| June 2012 | (2.00) | (2.00) | 25.67 | ($51.34) |
| October 2012 | (24.00) | (24.00) | 25.67 | ($616.08) |
| July 2013 | 262.00 | 262.00 | 26.87 | $7,039.94 |
| August 2013 | 1,516.00 | 1,516.00 | 26.87 | $40,734.92 |
| October 2013 | 143.00 | 143.00 | 26.87 | $3,842.41 |
| March 2014 | 48.00 | 48.00 | 26.87 | $1,289.76 |

| | | | | | |
|---|---|---|---|---|---|
| Total Hours | 1,914.00 | Benefit Hours | 1,914.00 | Discrepancy Amount | $51,534.33 |
| | | | | Liquidated Damages | $8,335.36 |
| | | | | Total Amount Due | $59,869.69 |

# Discrepancy Summary By Error Type

| Account Number: | 21215 | Audit Period: | January 1, 2012 to March 31, 2014 |
|---|---|---|---|
| Employer: | Emco Interiors Inc | Contact: | Mike Goelz |
| Address: | 880 N Addison | Title: | Owner |
| | Elmhurst, IL 60126 | | |
| Phone: | 630-516-1692 | Page: | 2 of 11 |

| Code | Description | Dollar Amount |
|---|---|---|
| | **SIGNATORY EMPLOYER: PAYROLL** | |
| P1 | Clerical Error | $17,906.52 |
| P7 | Electronic Record Identified as Carpenter Not Reported | $32,284.31 |
| P7Q | Electronic Record Identified as Carpenter Not Reported - calculated hours | $859.84 |
| P11 | No Record Identified as Carpenter Not Reported | $483.66 |
| | Sub-Total Discrepancies From All Listed Codes | $51,534.33 |
| | Liquidated Damages | $8,335.36 |
| | Total Amount Due | $59,869.69 |

# Liquidated Damages Schedule

| Account Number: | 21215 | Audit Period: | January 1, 2012 to March 31, 2014 |
|---|---|---|---|
| Employer: | Emco Interiors Inc | Contact: | Mike Goelz |
| Address: | 880 N Addison | Title: | Owner |
| | Elmhurst, IL 60126 | | |
| Phone: | 630-516-1692 | Page: | 3 of 11 |

| Reporting Period | Contributions Due | Compounding Periods | Calculating Percentage | Total Liquidated Damages Owed |
|---|---|---|---|---|
| April 2012 | | 26.00 | 20.00% | |
| May 2012 | ($705.28) | | | |
| June 2012 | ($51.34) | | | |
| October 2012 | ($616.08) | | | |
| July 2013 | $7,039.94 | 11.00 | 17.79% | $1,252.41 |
| August 2013 | $40,734.92 | 10.00 | 16.05% | $6,537.95 |
| October 2013 | $3,842.41 | 8.00 | 12.65% | $486.06 |
| March 2014 | $1,289.76 | 3.00 | 4.57% | $58.94 |

| | | | | |
|---|---|---|---|---|
| | | | Total Damages this Schedule | $8,335.36 |
| Total Discrepancies | $51,534.33 | | 20% of Discrepancies | $10,306.87 |
| | | | Assessed Damages | $8,335.36 |

Legacy Professionals LLP

# Monthly Detail Report

| Account Number: | 21215 | | | Audit Period: | January 1, 2012 to March 31, 2014 |
| --- | --- | --- | --- | --- | --- |
| Employer: | Emco Interiors Inc | | | Month: | April 2012 |
| Address: | 880 N Addison | | | Page # : | 4 of 11 |
| | Elmhurst, IL 60126 | | | | |
| Phone: | 630-516-1692 | | | | |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * * Actual Hours Per Week * * * * * * | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | PE Date 6-Apr | PE Date 13-Apr | PE Date 20-Apr | PE Date 27-Apr | | | | | |
| | PEREZ HERRERA GERARDO | P1 | 136.00 | 136.00 | 40.00 | 40.00 | 40.00 | 24.00 | | 144.00 | | 8.00 | 8.00 |
| | PEREZ MIGUEL A | P1 | 144.00 | 144.00 | 40.00 | 40.00 | 32.00 | 24.00 | | 136.00 | | (8.00) | (8.00) |
| | | | | | | | | | | | | | |
| | | Total | | | 80.00 | 80.00 | 72.00 | 48.00 | 0.00 | 280.00 | | 0.00 | 0.00 |

Total Items Listed in this Period:        2.00

REDACTED

Legacy Professionals LLP

# Monthly Detail Report

| Account Number: | 21215 | | | Audit Period: | January 1, 2012 to March 31, 2014 |
| --- | --- | --- | --- | --- | --- |
| Employer: | Emco Interiors Inc | | | Month: | May 2012 |
| Address: | 880 N Addison | | | Page # : | 5 of 11 |
| | Elmhurst, IL 60126 | | | | |
| Phone: | 630-516-1692 | | | | |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | Capped Hours | Total Hour Difference | Benefit Hour Difference |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | PE Date 4-May | PE Date 11-May | PE Date 18-May | PE Date 25-May | Total Hours | | | |
| REDACTED | BANACH JEFFERY J | P1 | 176.00 | 176.00 | 40.00 | 40.00 | 38.00 | 29.00 | 147.00 | | (29.00) | (29.00) |
| | | Total | 176.00 | 176.00 | 40.00 | 40.00 | 38.00 | 29.00 | 147.00 | 0.00 | (29.00) | (29.00) |

Total Items Listed in this Period:        1.00

Legacy Professionals LLP

# Monthly Detail Report

| | |
|---|---|
| Account Number: | 21215 |
| | |
| Employer: | Emco Interiors Inc |
| Address: | 880 N Addison |
| | Elmhurst, IL 60126 |
| Phone: | 630-516-1692 |

| | |
|---|---|
| Audit Period: | January 1, 2012 to March 31, 2014 |
| Month: | June 2012 |
| Page # : | 6 of 11 |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * * Actual Hours Per Week * * * * * * | | | | | | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PE Date 1-Jun | PE Date 8-Jun | PE Date 15-Jun | PE Date 22-Jun | PE Date 29-Jun | Total Hours | | | |
| | RUSHFORD RICHARD | P1 | 132.00 | 132.00 | 23.00 | 0.00 | 35.00 | 32.00 | 40.00 | 130.00 | | (2.00) | (2.00) |
| | | Total | | | 23.00 | 0.00 | 35.00 | 32.00 | 40.00 | 130.00 | | (2.00) | (2.00) |

Total Items Listed in this Period:     1.00

Legacy Professionals LLP

# Monthly Detail Report

| Account Number: | 21215 |
|---|---|

| Employer: | Emco Interiors Inc |
|---|---|
| Address: | 880 N Addison |
| | Elmhurst, IL 60126 |
| Phone: | 630-516-1692 |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PE Date 5-Oct | PE Date 12-Oct | PE Date 19-Oct | PE Date 26-Oct | | | | |
| | PEREZ BENJAMIN | P1 | 88.00 | 88.00 | 0.00 | 32.00 | 40.00 | 8.00 | 80.00 | | (8.00) | (8.00) |
| | SOLIS OSCAR | P1 | 152.00 | 152.00 | 48.00 | 48.00 | 40.00 | 8.00 | 144.00 | | (8.00) | (8.00) |
| | VILLANUEVA ALVA GERARDO | P1 | 88.00 | 88.00 | 0.00 | 32.00 | 40.00 | 8.00 | 80.00 | | (8.00) | (8.00) |
| | | Total | | | 48.00 | 112.00 | 120.00 | 24.00 | 304.00 | 0.00 | (24.00) | (24.00) |

Total Items Listed in this Period:      3.00

REDACTED

Legacy Professionals LLP

# Monthly Detail Report

| | |
|---|---|
| Account Number: | 21215 |
| Employer: | Emco Interiors Inc |
| Address: | 880 N Addison |
| | Elmhurst, IL 60126 |
| Phone: | 630-516-1692 |

| | |
|---|---|
| Audit Period: | January 1, 2012 to March 31, 2014 |
| Month: | July 2013 |
| Page # : | 8 of 11 |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * * Actual Hours Per Week * * * * * * | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PE Date 5-Jul | PE Date 12-Jul | PE Date 19-Jul | PE Date 26-Jul | | | | | |
| | Brookbank Richard | P7 | 0.00 | 0.00 | 0.00 | 0.00 | 53.00 | 0.00 | | 53.00 | | 53.00 | 53.00 |
| | Clemons Jibril | P7 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 | | 40.00 | | 40.00 | 40.00 |
| | Deandre Givands T | P7 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 41.00 | | 41.00 | | 41.00 | 41.00 |
| | Jackson Robert | P7 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32.00 | | 32.00 | | 32.00 | 32.00 |
| | Peterson Daniel | P7 | 0.00 | 0.00 | 0.00 | 0.00 | 24.00 | 48.00 | | 72.00 | | 72.00 | 72.00 |
| | Verduzco Francisco | P7 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24.00 | | 24.00 | | 24.00 | 24.00 |
| | | Total | 0.00 | 0.00 | 0.00 | 0.00 | 77.00 | 185.00 | | 262.00 | 0.00 | 262.00 | 262.00 |

Total Items Listed in this Period:     6.00

REDACTED

Legacy Professionals LLP

# Monthly Detail Report

Account Number: 21215

Employer: Emco Interiors Inc
Address: 880 N Addison, Elmhurst, IL 60126
Phone: 630-516-7692

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PE Date 2-Aug | PE Date 9-Aug | PE Date 16-Aug | PE Date 23-Aug | PE Date 30-Aug | | | | |
| | ADAMOW ALBERT A | P1 | 75.50 | 75.50 | 40.00 | 35.50 | 40.00 | 0.00 | 0.00 | 115.50 | | 40.00 | 40.00 |
| | BANACH JEFFERY J | P1 | 168.00 | 168.00 | 52.00 | 47.00 | 40.00 | 44.00 | 37.00 | 220.00 | | 52.00 | 52.00 |
| | Brookbank Richard | P7 | 0.00 | 0.00 | 39.50 | 35.50 | 31.00 | 16.00 | 0.00 | 122.00 | | 122.00 | 122.00 |
| | Clemons Jlbril | P7 | 0.00 | 0.00 | 40.00 | 39.00 | 40.00 | 0.00 | 0.00 | 119.00 | | 119.00 | 119.00 |
| | COLE ROBERT G | P1 | 164.50 | 164.50 | 52.00 | 44.50 | 40.00 | 40.00 | 40.00 | 216.50 | | 52.00 | 52.00 |
| | Deandre Givands T | P7 | 0.00 | 0.00 | 43.50 | 19.50 | 0.00 | 0.00 | 0.00 | 63.00 | | 63.00 | 63.00 |
| | EAGAN WAYNE M | P1 | 157.00 | 157.00 | 52.00 | 48.00 | 53.00 | 40.00 | 16.00 | 209.00 | | 52.00 | 52.00 |
| | GANZ ROBERT F | P1 | 39.00 | 39.00 | 39.50 | 39.00 | 0.00 | 0.00 | 0.00 | 78.50 | | 39.50 | 39.50 |
| | GARCIA FRANCISCO J | P1 | 152.00 | 152.00 | 54.00 | 48.00 | 40.00 | 48.00 | 16.00 | 206.00 | | 54.00 | 54.00 |
| | GARNICA ESPINOZ PEDRO | P1 | 120.50 | 120.50 | 52.00 | 48.00 | 40.00 | 32.50 | 0.00 | 172.50 | | 52.00 | 52.00 |
| | HENRY JR JAMES E | P1 | 108.50 | 108.50 | 36.00 | 36.50 | 40.00 | 32.00 | 0.00 | 144.50 | | 36.00 | 36.00 |
| | Jackson Robert | P7 | 0.00 | 0.00 | 40.00 | 31.00 | 40.00 | 0.00 | 0.00 | 111.00 | | 111.00 | 111.00 |
| | LOBAUGH MARK D | P1 | 160.00 | 160.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 200.00 | | 40.00 | 40.00 |
| | MARQUEZ AURELIO | P1 | 143.50 | 143.50 | 43.50 | 42.50 | 33.00 | 41.00 | 27.00 | 187.00 | | 43.50 | 43.50 |
| | MC HALE MICHAEL A | P1 | 160.00 | 160.00 | 41.50 | 40.00 | 40.00 | 40.00 | 40.00 | 201.50 | | 41.50 | 41.50 |
| | MONGE JOSHUA P | P1 | 168.00 | 168.00 | 40.00 | 43.00 | 50.00 | 35.00 | 40.00 | 208.00 | | 40.00 | 40.00 |
| | MOORE JOHN P | P1 | 124.50 | 124.50 | 40.00 | 41.00 | 27.00 | 29.50 | 27.00 | 164.50 | | 40.00 | 40.00 |
| | Peterson Daniel | P7 | 0.00 | 0.00 | 54.00 | 51.00 | 50.00 | 32.00 | 16.00 | 211.00 | | 211.00 | 211.00 |
| | RUSHFORD RICHARD | P1 | 134.00 | 134.00 | 49.00 | 50.50 | 27.50 | 32.00 | 24.00 | 183.00 | | 49.00 | 49.00 |
| | SOLIS OSCAR | P1 | 182.00 | 182.00 | 54.00 | 51.00 | 49.50 | 36.50 | 45.00 | 236.00 | | 54.00 | 54.00 |
| | Verduzco Francisco | P7 | 0.00 | 0.00 | 52.00 | 48.00 | 40.00 | 32.50 | 0.00 | 172.50 | | 172.50 | 172.50 |
| | WATKINS JASON | P1 | 136.00 | 136.00 | 32.00 | 40.00 | 40.00 | 40.00 | 16.00 | 168.00 | | 32.00 | 32.00 |
| | | Total | 986.50 | | 986.50 | 918.50 | 801.00 | 619.00 | 384.00 | 3,709.00 | | 1,516.00 | 1,516.00 |

Total Items Listed in this Period: 22.00

REDACTED

Legacy Professionals LLP

# Monthly Detail Report

Account Number: 21215

Employer: Emco Interiors Inc
Address: 880 N Addison
Elmhurst, IL 60126
Phone: 630-516-1692

Audit Period: January 1, 2012 to March 31, 2014
Month: October 2013

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PE Date 4-Oct | PE Date 11-Oct | PE Date 18-Oct | PE Date 25-Oct | | | | | |
| | Godinez Arturo | P11 | 0.00 | 0.00 | 0.00 | 0.00 | 18.00 | 0.00 | | 18.00 | | 18.00 | 18.00 |
| | Hernandez Gabriel | P7 | 0.00 | 0.00 | 0.00 | 0.00 | 48.00 | 0.00 | | 48.00 | | 48.00 | 48.00 |
| | Magana Fabio | P7 | 0.00 | 0.00 | 0.00 | 0.00 | 48.00 | 0.00 | | 48.00 | | 48.00 | 48.00 |
| | Matias Juan | P7 | 0.00 | 0.00 | 0.00 | 0.00 | 29.00 | 0.00 | | 29.00 | | 29.00 | 29.00 |
| | | Total | 0.00 | | 0.00 | 0.00 | 143.00 | 0.00 | | 143.00 | | 143.00 | 143.00 |

Total Items Listed in this Period: 4.00

Legacy Professionals LLP

# Monthly Detail Report

| Account Number: | 21215 | | Audit Period: | January 1, 2012 to March 31, 2014 |
| --- | --- | --- | --- | --- |
| Employer: | Emco Interiors Inc | | Month: | March 2014 |
| Address: | 880 N Addison | | Page # : | 11 of 11 |
| | Elmhurst, IL 60126 | | | |
| Phone: | 630-516-1692 | | | |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | PE Date 7-Mar | PE Date 14-Mar | PE Date 21-Mar | PE Date 28-Mar | | | | | |
| | Verduzco Francisco | P7 | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 0.00 | | 16.00 | | 16.00 | 16.00 |
| | Verduzco Francisco | P7Q | 0.00 | 0.00 | 32.00 | 0.00 | 0.00 | 0.00 | | 32.00 | | 32.00 | 32.00 |
| | | Total | 0.00 | 0.00 | 32.00 | 0.00 | 16.00 | 0.00 | | 48.00 | | 48.00 | 48.00 |

Total Items Listed in this Period:     2.00

REDACTED

14 CV 10422

# Exhibit A-4

# Interest & Damages Summary

Account Number:     21215
                                                            Calculation Date: April 14, 2015

Employer:           Emco Interiors Inc
Address:            880 N Addison
                    Elmhurst, Illinois  60126

| Reporting Period | Delinquency Amount | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|
| April 2012 | | | | |
| May 2012 | ($705.28) | ($61.21) | ($141.06) | ($907.55) |
| June 2012 | ($51.34) | ($4.32) | ($10.27) | ($65.93) |
| October 2012 | ($616.08) | ($45.15) | ($123.22) | ($784.45) |
| July 2013 | $7,039.94 | $348.60 | $1,407.99 | $8,796.53 |
| August 2013 | $40,734.92 | $1,908.06 | $8,146.98 | $50,789.96 |
| October 2013 | $3,842.41 | $159.94 | $768.48 | $4,770.83 |
| March 2014 | $1,289.76 | $37.02 | $252.28 | $1,579.06 |
| Totals | $51,534.33 | $2,342.94 | $10,301.18 | $64,178.45 |

# Interest & Damages Summary

Account Number:          50453                          Calculation Date: April 14, 2015

Employer:          Emco Interiors Inc
Address:           880 N Addison
                   Elmhurst, Illinois  60126

| Reporting Period | Delinquency Amount | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|
| August 2013 | $1,156.23 | $54.15 | $231.25 | $1,441.63 |
| Totals | $1,156.23 | $54.15 | $231.25 | $1,441.63 |

14 CV 10422

# Exhibit  B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 14 CV 10422 |
| v. | ) ) | Judge Der-Yeghiayan |
| EMCO INTERIORS, INC., an Illinois corporation, | ) ) ) | Magistrate Judge Schenkier |
| Defendant. | ) ) | |

## <u>DECLARATION OF KEVIN P. MCJESSY</u>

I, Kevin P. McJessy, hereby declare, under penalty of perjury pursuant to the laws of the United States, that the following statements are true:

1.      I am one of the attorneys representing the Chicago Regional Council of Carpenters Pension Fund, the Chicago Regional Council of Carpenters Welfare Fund, the Chicago and Northeast Illinois Regional Council of Carpenter Apprentice and Trainee Program, and the Labor/Management Union Carpentry Cooperation Promotion Fund (collectively "the Trust Funds") in the above-captioned lawsuit ("Lawsuit") against EMCO INTERIORS, INC., an Illinois corporation ("Defendant").

2.      I have been licensed to practice law in the State of Illinois and the United States District Court for the Northern District of Illinois since 1995.  I am an attorney and principal with McJessy, Ching & Thompson, LLC ("MC&T").

3.      As part of my practice, I handle claims under ERISA.  I personally represented the Trust Funds in this Lawsuit.  I have represented the Trust Funds in this Lawsuit since its inception.

4.      The Trust Funds have incurred $3,356.70 in fees and expenses to compel Defendant to comply with its obligations under the terms of the Collective Bargaining Agreement and applicable trust agreements.  A redacted copy of the billing statement from MC&T from the inception of this Lawsuit to the present is attached as Exhibit B-1.  The billing statement has been redacted to protect against waiving the attorney-client privilege for privileged communications.  The detailed billing statement describes in detail all work performed by MC&T in this matter and a non-redacted version can be made available to the Court for an *in camera* inspection.

a)      The Trust Funds have collectively incurred fees totaling $2,560.00 for 16.0 hours of attorney services.  The substantially reduced hourly rate for attorneys at MC&T for Trust Funds matters is $160.00 per hour.

b)      The Trust Funds have collectively incurred fees totaling $114.00 for 2.1 hours of paralegal time.  The substantially reduced hourly rate for paralegals at MC&T for Trust Fund matters is $60.00 per hour.

c)      The Trust Funds incurred $682.70 in expenses for the filing fee, process server charges for service of summons, legal research charge, courier charges, postage charges and photocopy charges.

5.      The attorneys' fees, paralegal fees and costs charged to the Trust Funds in this matter are consistent with MC&T's regular charges for services to the Trust Funds on similar matters.

6.      The hourly rate charged to the Trust Funds by MC&T is substantially below MC&T's regular rate, and it is substantially below the average rate charged by other attorneys

handling similar types of litigation in the Northern District of Illinois. Accordingly, the rates and charges in this matter are very reasonable.

7.     I have personal knowledge of the matters stated in this affidavit and could testify competently to them.

FURTHER AFFIANT SAYETH NOT.

_____     4/15/15
Kevin P. McJessy                              Date

14 CV 10422

# Exhibit  B-1

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | Disbs | Fees | Bld Inv# Acc | Trust Activity Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|
| .000 | Chicago Regional Council of Carpenters - | | | | | | | | |
| 4231-EMCO | Emco Interiors, Inc. | | | | | | Resp Lawyer: KM | | |
| Dec 29/2014 87510 | Lawyer: KM 2.60 Hrs X 160.00 Reviewed audit referral file; prepared complaint. (1.8) Prepared summons. (.2) Prepared civil cover sheet and appearance form. (.2) Electronically filed all documents. (.4) | | | | 416.00 | 8909 | | | |
| Jan 6/2015 87280 | Lawyer: SK 0.20 Hrs X 60.00 Prepared email correspondence to process server forwarding summons and complaint for service. | | | | 12.00 | 8975 | | | |
| Jan 9/2015 87340 | Lawyer: SK 0.20 Hrs X 60.00 Prepared correspondence to Judge Der-Yeghiayan forwarding courtesy copy of complaint. | | | | 12.00 | 8975 | | | |
| Jan 12/2015 87943 | Lawyer: KM 0.10 Hrs X 160.00 Prepared correspondence forwarding Court order to EMCO Interiors. Reviewed order of Judge Der-Yeghiayan setting forth court's requirements for initial filings and joint reports. | | | | 16.00 | 8975 | | | |
| Jan 20/2015 87574 | Billing on Invoice 8909 FEES 416.00 | | | 0.00 | | 8909 | | | |
| Jan 22/2015 87593 | Capital One Services Filing Fee - | 4575 | | 400.00 | | 8975 | | | |
| Jan 29/2015 87734 | Midwest Investigations Process Server recovery - | 4586 | | 85.00 | | 8975 | | | |
| Jan 31/2015 87769 | Expense Recovery Photocopy Recovery | 00304 | | 1.92 | | 8975 | | | |
| Jan 31/2015 87799 | US Messenger & Logistics Courier Recovery | 4590 | | 14.60 | | 8975 | | | |
| Jan 31/2015 87800 | US Messenger & Logistics Courier Recovery | 4590 | | 14.60 | | 8975 | | | |
| Feb 5/2015 88843 | Lawyer: KM 0.10 Hrs X 160.00 Reviewed correspondence from N. Lagalo ▆▆▆▆▆▆▆▆▆▆▆ | | | | 16.00 | 9037 | | | |
| Feb 6/2015 87808 | Lawyer: SK 0.20 Hrs X 0.00 Prepared alias summons; prepared email correspondence to court clerk forwarding alias summons for issuance; prepared email correspondence to process server forwarding alias summons and complaint for service. (NO CHARGE) | | | | 0.00 | 9037 | | | |
| Feb 9/2015 88844 | Lawyer: KM 0.10 Hrs X 160.00 Telephone call with N. Lagalo regarding ▆▆▆▆▆▆▆▆▆▆ | | | | 16.00 | 9037 | | | |
| Feb 10/2015 87830 | Chicago Regional Council of Carpe PMT - | 01571 | 416.00 | | | | | | |
| Feb 11/2015 88695 | Lawyer: KM 0.40 Hrs X 160.00 Prepared agreed order of dismissal with settlement terms proposed by the Trust Funds. Telephone call with N. Lagalo regarding ▆▆▆▆▆▆▆▆▆▆. | | | | 64.00 | 9037 | | | |
| Feb 12/2015 87883 | Lawyer: SK 0.40 Hrs X 60.00 Reviewed affidavit of service and filed same with court; prepared correspondence to Judge Der-Yeghiayan forwarding courtesy copy of same. | | | | 24.00 | 9037 | | | |
| Feb 12/2015 88699 | Lawyer: KM 0.90 Hrs X 160.00 Telephone call with N. Lagalo regarding ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (.2) Telephone call with J. Libby regarding ▆▆▆▆▆▆▆▆▆▆▆ | | | | 144.00 | 9037 | | | |

Client Ledger
ALL DATES

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | \|----- General -----\| Rcpts | Disbs | Fees | Bld Inv# | \|----------- Trust Activity -----------\| Acc | Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|

(.2) Revised agreed order of dismissal. Prepared correspondence to N. Lagalo ▮▮▮▮▮ (.2) Telephone call with N. Lagalo regarding ▮▮▮▮▮

▮▮▮▮ (.1) Reviewed correspondence from N. Lagalo ▮▮▮▮▮

(.1) Reviewed proof of service of summons on correct party and made arrangements with S. Keating to file same, answer due 2/27/15. (.1)

| Feb 13/2015 88717 | Lawyer: KM 0.40 Hrs X 160.00 Reviewed correspondence from J. Libby regarding ▮▮▮▮▮ Prepared revised Agreed Order of Dismissal. Prepared correspondence to N. Lagalo ▮ | | | | 64.00 | 9037 | | | | |
| Feb 17/2015 88166 | Billing on Invoice 8975 FEES 40.00 DISBS 516.12 | | | 0.00 | | 8975 | | | | |
| Feb 17/2015 88738 | Lawyer: KM 0.10 Hrs X 160.00 Reviewed correspondence from N. Lagalo ▮▮▮▮▮ | | | | 16.00 | 9037 | | | | |
| Feb 25/2015 88802 | Lawyer: KM 0.70 Hrs X 160.00 Reviewed Court's webpage for requirements of initial status report. (.2) Prepared initial status report and arranged with S. Keating to file same. (.3) Prepared initial jurisdictional statement and arranged with S. Keating to file same. (.2) | | | | 112.00 | 9037 | | | | |
| Feb 26/2015 88378 | Lawyer: SK 0.60 Hrs X 60.00 Filed jurisdictional status report with court; filed initial status report with court; prepared correspondence to Judge Der-Yeghiayan forwarding file-stamped courtesy copies of same. | | | | 36.00 | 9037 | | | | |
| Feb 26/2015 88406 | Expense Recovery Postage Recovery | 00307 | | 0.69 | | 9037 | | | | |
| Feb 28/2015 88434 | Expense Recovery Photocopy Recovery | 00308 | | 4.32 | | 9037 | | | | |
| Feb 28/2015 88479 | US Messenger & Logistics Courier Recovery | 4616 | | 14.60 | | 9037 | | | | |
| Feb 28/2015 88483 | US Messenger & Logistics Courier Recovery | 4616 | | 14.60 | | 9037 | | | | |
| Feb 28/2015 88485 | Midwest Investigations Process Server recovery – Summons and Complaint | 4617 | | 85.00 | | 9037 | | | | |
| Mar 2/2015 89182 | Lawyer: KM 2.30 Hrs X 160.00 Confer with N. Lagalo regarding ▮▮▮▮▮. (.2) Research whether Court has jurisdiction to enter Agreed Order of Dismissal based on service of complaint on Defendant even though Defendant has not formally appeared in the lawsuit; reviewed case authority confirming same. (1.4) Prepared motion for entry of Agreed Order of Dismissal. (.7) | | | | 368.00 | | | | | |
| Mar 3/2015 89181 | Lawyer: KM 1.30 Hrs X 160.00 Appeared in court before Judge Der-Yeghiayan for initial status hearing and advised Court settlement likely. (1.2) Prepared correspondence to EMCO | | | | 208.00 | | | | | |

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | ----- General ----- Rcpts Disbs | Fees | Bld Inv# Acc | ---------- Trust Activity ---------- Rcpts Disbs Balance |
|---|---|---|---|---|---|---|
| Mar 5/2015 | forwarding court order from today and advising of next court date. (.1) | | | | | |
| Mar 5/2015 88466 | Lawyer: KM  0.40 Hrs X 160.00 Telephone call with N. Lagalo regarding ▮▮▮▮▮. Final review of motion for entry of final judgment pursuant to motion to dismiss.  Arrangements with S. Keating to file motion for entry of final judgment. | | | 64.00 | | |
| Mar 5/2015 88498 | Lawyer: SK  0.50 Hrs X 60.00 Prepared notice of motion for motion for entry of agreed order of dismissal based on settlement agreement; filed motion for entry of dismissal with court; filed notice of motion with court; prepared correspondence to Judge Der-Yeghiayan forwarding file-stamped courtesy copies of same. | | | 30.00 | | |
| Mar 5/2015 89078 | Expense Recovery Postage Recovery | 00310 | 1.40 | | | |
| Mar 6/2015 88507 | Chicago Regional Council of Carpe PMT - | 01577 | 556.12 | | | |
| Mar 12/2015 89183 | Lawyer: KM  1.30 Hrs X 160.00 Appeared in court before Judge Der-Yeghiayan for hearing on Trust Funds' motion for entry of agreed order of dismissal; motion denied because Court would prefer motion be presented in the form of a consent decree.  (1.2) Prepared correspondence to EMCO forwarding court order and advising of next court date.  (.1) | | | 208.00 | | |
| Mar 18/2015 89070 | Expense Recovery Postage Recovery | 00310 | 0.48 | | | |
| Mar 20/2015 88878 | Billing on Invoice 9037 FEES      492.00 DISBS     119.21 | | 0.00 | | 9037 | |
| Mar 31/2015 89043 | Expense Recovery Photocopy Recovery | 00309 | 8.76 | | | |
| Apr 9/2015 89091 | US Messenger & Logistics Courier Recovery | 4647 | 17.71 | | | |
| Apr 10/2015 89112 | LexisNexis Legal Research - March 2015 | 4648 | 19.02 | | | |
| Apr 10/2015 89141 | Chicago Regional Council of Carpe PMT - | 01598 | 611.21 | | | |
| Apr 13/2015 89180 | Lawyer: KM  1.40 Hrs X 160.00 Research on consent decree and how terms differ from proposed Agreed Order of Dismissal previously filed by the Trust Funds; reviewed case authority concerning same and confirmed that nature of order is very similar with some technical changes required to address Court's concerns. | | | 224.00 | | |
| Apr 14/2015 89174 | Lawyer: KM  2.00 Hrs X 160.00 Appeared in court before Judge Der-Yiaghen for status hearing; oral motion for default granted and prove up hearing set for 4/28/15. (1.2)  Telephone call with N. Lagalo regarding ▮▮▮ ▮▮▮▮ (.2)  Reviewed correspondence from N. Lagalo ▮ (.1) Prepared declaration of J. Libby in support of petition to prove up damages.  (.3) Prepared correspondence to owner of EMCO forwarding default order. (.2) | | | 320.00 | | |
| Apr 15/2015 89186 | Lawyer: KM  1.90 Hrs X 160.00 Exchange correspondence with J. Libby regarding ▮▮▮ | | | 304.00 | | |

| Date<br>Entry # | Received From/Paid To<br>Explanation | Chq#<br>Rec# | General<br>Rcpts | Disbs | Fees | Bld<br>Inv# Acc | Trust Activity<br>Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|

Prepared petition to prove up
damages; reviewed documents as
necessary to prepare petition
to prove up damages. (1.1)
Prepared declaration of K.
McJessy in support of petition
to prove up damages, including
review of time records and
redaction to same made by S.
Keating.  (.7)

| | CHE | + UNBILLED<br>RECOV | + FEES | = TOTAL | BILLED<br>DISBS | + FEES | + TAX | − RECEIPTS | BALANCES<br>= A/R | TRUST |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | | | | | | | | | | |
| PERIOD | 36.73 | 10.64 | 1726.00 | 1773.37 | 635.33 | 948.00 | 0.00 | 1583.33 | 0.00 | 0.00 |
| END DATE | 36.73 | 10.64 | 1726.00 | 1773.37 | 635.33 | 948.00 | 0.00 | 1583.33 | 0.00 | 0.00 |
| FIRM TOTAL | | | | | | | | | | |
| PERIOD | 36.73 | 10.64 | 1726.00 | 1773.37 | 635.33 | 948.00 | 0.00 | 1583.33 | 0.00 | 0.00 |
| END DATE | 36.73 | 10.64 | 1726.00 | 1773.37 | 635.33 | 948.00 | 0.00 | 1583.33 | 0.00 | 0.00 |

REPORT SELECTIONS - Client Ledger

| | |
|---|---|
| Layout Template | Default |
| Advanced Search Filter | None |
| Requested by | ADMIN |
| Finished | Wednesday, April 15, 2015 at 09:40:06 AM |
| Ver | 13.0 SP2 (13.0.20140210) |
| Matters | 0231-EMCO |
| Clients | All |
| Major Clients | All |
| Client Intro Lawyer | All |
| Matter Intro Lawyer | All |
| Responsible Lawyer | All |
| Assigned Lawyer | All |
| Type of Law | All |
| Select From | Active, Inactive, Archived Matters |
| Matters Sort by | Default |
| New Page for Each Lawyer | No |
| New Page for Each Matter | No |
| No Activity Date | Dec/31/2199 |
| Firm Totals Only | No |
| Totals Only | No |
| Entries Shown - Billed Only | No |
| Entries Shown - Disbursements | Yes |
| Entries Shown - Receipts | Yes |
| Entries Shown - Time or Fees | Yes |
| Entries Shown - Trust | Yes |
| Incl. Matters with Retainer Bal | No |
| Incl. Matters with Neg Unbld Disb | No |
| Trust Account | All |
| Working Lawyer | All |
| Include Corrected Entries | No |
| Show Check # on Paid Payables | No |
| Show Client Address | No |
| Consolidate Payments | No |
| Show Trust Summary by Account | No |
| Show Interest | No |
| Interest Up To | Apr/15/2015 |
| Show Invoices that Payments Were Applied to | No |
| Display Entries in | Date Order |

14 CV 10422

# Exhibit C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, *et al.,* ) ) | |
| ) | Case No. 14 CV 10422 |
| Plaintiffs, ) | |
| v. ) | Judge Der-Yeghiayan |
| ) | |
| EMCO INTERIORS, INC., an Illinois ) corporation, ) | Magistrate Judge Schenkier |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT

Pursuant to Federal Rules of Civil Procedure 54,55 and 58, a final judgment is hereby entered in favor of the Chicago Regional Council of Carpenters Pension Fund *et al.* ("Trust Funds") and against defendant EMCO INTERIORS, INC., an Illinois corporation, in the amount of $59,849.36 as follows:

A.    $52,690.56 in unpaid contributions;

B.    $2,426.40 for auditor's fees incurred by the Trust Funds to complete the audit;

C.    $2,397.09 in interest;

D.    $10,532.43 in liquidated damages; and

E.    $3,356.70 in reasonable attorneys' fees and costs the Trust Funds incurred in this action;

F.    less a credit of $11,553.82 paid by Defendant.

The Trust Funds shall also recover reasonable attorney' fees and costs incurred by the Trust

Funds in enforcing this order and any such further relief as this Court deems appropriate.

_____          _____
        Date                              Judge Samuel Der-Yeghiayan